IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WESTSIDE CHURCH OF CHRIST OF MARSHALL TEXAS,<br>  *Plaintiff*,<br>v.<br>CHURCH MUTUAL INSURANCE COMPANY, S.I.,<br>  *Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00502-JRG |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Westside Church of Christ of Marshall Texas ("Plaintiff") and Defendant Church Mutual Insurance Company, S.I. ("Defendant") (collectively, the "Parties"). (Dkt. No. 19.) In the Stipulation, the Parties stipulate and agree that all claims against Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case.

**So Ordered this**

Jun 17, 2025

                _____
                RODNEY GILSTRAP
                UNITED STATES DISTRICT JUDGE